# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**SHAWN M. SENTER**
**JOHN W. PERRY**

**INITIAL APPEARANCE/ARRAIGNMENT**
**AND PLEA MINUTES**

CASE NUMBER **25-CR-8**

---

HONORABLE Nancy Joseph, presiding
Deputy Clerk: Ross M.
Hearing Held: February 20, 2025 at 10:30 a.m.

Court Reporter: Liberty
Hearing Began: 10:34 a.m.
Hearing Ended: 10:59 a.m.

**Appearances:**

UNITED STATES OF AMERICA by: Katherine Halopka-Ivery
Shawn M. Senter, in person, and by: Nicole Masnica     ☐ CJA ☐ FDS ☑ RET
John W. Perry, in person, and by: John Schiro          ☐ CJA ☐ FDS ☑ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☑ None ☐ Sworn

---

☑ Original Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Misdemeanor  ☑ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | May 1, 2025 | District Judge: | J P Stadtmueller |
| Final Pretrial Conf.: | TO BE SET | Bond Judge: | Nancy Joseph |
| Jury Trial Date: | TO BE SET | Magistrate Judge: | Stephen Dries |
| Trial Length Estimate: | 2 weeks | | |

---

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
   ☐ Indictment read ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendants ☐ the court

☑ Expanded discovery policy applies (*See* Order below)

Discovery available: soon

☑ Government to disclose grand jury materials one day prior to trial
☑ Oral Motion for Complex Designation
   ☑ Granted ☐ Denied
   ☐ Referred to Stephen Dries
☑ Case designated complex

☑ Counsel Only Scheduling Conference:

February 28, 2025 at 10:00 a.m. by Zoom Teleconference
before Magistrate Judge Stephen Dries

---

Maximum Penalties:
As to Shawn M. Senter and John W. Perry:
**Count 1** – INC: 20 years; FINE: $1,000,000; SR: mandatory minimum 3 years-life; SA: $100.
Forfeiture Notice.
As to Shawn M. Senter ONLY:
**Count 6** – INC: 20 years; FINE: $1,000,000; SR: mandatory minimum 3 years-life; SA: $100.
**Count 7** – INC: 20 years; FINE: $1,000,000; SR: mandatory minimum 3 years-life; SA: $100.
**Count 8** – INC: mandatory minimum 5 years-life; FINE: $250,000; SR: 5 years; SA: $100.
**Count 9** – INC: 10 years; FINE: $250,000; SR: mandatory minimum 3 years-life; SA: $100.

**Count 10** – INC: 15 years; FINE: $250,000; SR: 3 years; SA: $100.

Government makes Oral Motion for Complex Case Designation.
Court Grants Motion – Case Designated COMPLEX.

Bond Status:
As to John W. Perry: ☑Defendant is released on: ☑ O/R bond ☑ *See* Order Setting Conditions of Release
As to Shawn M. Senter: ☑Defendant is released on: ☑ O/R bond ☑ *See* Order Setting Conditions of Release

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.