# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

LI XING, ET AL

**COUNSEL ONLY**
**STATUS/SCHEDULING CONFERENCE**

CASE NUMBER **25-CR-8**

---

HONORABLE STEPHEN C. DRIES, presiding
Deputy Clerk: Katina Hubacz
Hearing Held: February 28, 2025 at 10:00 AM

Court Reporter: Zoom Audio
Hearing Began: <u>10:00 AM</u>
Hearing Ended: <u>10:06 AM</u>

**Appearances:**
UNITED STATES OF AMERICA by: Katherine Halopka-Ivery
DEFENDANT(S): NOT PRESENT
DEFENSE ATTORNEY(S): SEE ATTACHED LIST

---

- ☑ Case designated complex
- ☑ Counsel Only Status/Scheduling Conference set for: **April 25, 2025 at 9:00 AM via Zoom Audio**
- ☑ Court makes a Speedy Trial Finding. The time from today until April 25, 2025 is excluded under the Speedy Trial Act

---

GOVT:

- Matter has been designated complex
- Provides status of remaining Defts who have not appeared: Xing is in state custody, Huang appeared in NY, Thornton appeared in FL, last remaining Deft is in the process of turning himself in
- Hoping to have everyone appear in March
- Plan to file a protective order
- First round of discovery is anticipated in about 30 days and will communicate to defense counsel how big of a drive is needed
- Suggest another status in 60 days

DEFENSE (ULLER):

- Have not spoken to other defense counsel yet
- No objection to putting matter out 60 days
- All defense counsel agree 60 days makes sense

COURT:

- Sets another status in 60 days and makes a Speedy Trial finding

25-CR-8
XING, et al.
Counsel Only Status/Scheduling Conference
February 28, 2025 at 10:00 AM

| Defendant | Attorney |
|---|---|
| LI XING | A&P set for 3/26/2025 |
| KAIYU HUANG | Appeared in NY |
| SHAWN M. SENTER | Nicole Masnica |
| JASON A. WNUK | Craig S. Powell |
| KEVIN M. EISENHAUER | Leah R. Thomas |
| SHELTON K. THORNTON | Appeared in FL |
| SKYLAR V. TRUMBO | Joshua Uller |
| JOHN W. PERRY | John S. Schiro |
| ADHAM B. BLANDIN | No appearance made yet |